IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Gregory Brown, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No.: 4:08-0663-TLW-TER |
| Kelvin Washington; Michael Johnson, | ) |
| Defendants. | ) |

# ORDER

The plaintiff, Gregory Brown ("plaintiff"), filed this action, pro se, pursuant to 42 U.S.C. § 1983. (Doc. #1). The plaintiff filed an amended complaint on February 5, 2009. (Doc. #22). The defendants filed a motion for summary judgment on July 27, 2009. (Doc. #41). The plaintiff filed a response in opposition on October 5, 2009. (Doc. #52). The defendants filed a reply to the response on October 15, 2009. (Doc. #53). The case was referred to Magistrate Judge Thomas E. Rogers, III pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02 (B)(2)(d), DSC.

This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by the Magistrate Judge to whom this case had previously been assigned. (Doc. #55). On December 9, 2009, the Magistrate Judge issued the Report. In the Report, the Magistrate Judge recommends that the defendants' motion for summary judgment be granted and that any outstanding motions be deemed moot. (Doc. #55). The plaintiff filed no objections to the report. Objections were due on December 28, 2009.

This Court is charged with conducting a de novo review of any portion of the Magistrate

Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. It is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED.** (Doc. #55). For the reasons articulated by the Magistrate Judge, the defendants' motion for summary judgment, (Doc. #41), is hereby **GRANTED**. All remaining motions are dismissed as **MOOT**.

**IT IS SO ORDERED**.

    s/Terry L. Wooten
United States District Judge

January 29, 2010
Florence, South Carolina